# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HOOPER PRICE

VERSUS

PATRICK MILLER, DALE DUCOTE,
JAMES HENDRICK, PREFERRED
TITLE COMPANY, EAGLE BEND
HOMES LLC, AND JENDALE
INVESTMENTS LLC AND/OR
JENDALE-D LLC

NO. 2019 CW 0705

OCT 2 8 2019

---

In Re:    Patrick Miller and Preferred Title Company, applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 672529.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED.**

                    **TMH**
                    **AHP**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_Renée L. Reed_
DEPUTY CLERK OF COURT
FOR THE COURT